PETITIONS FOR CERTIORARI GRANTED; FROM
· JANUARY 13, 1925, TO AND INCLUDING APRIL
13, 1925.

No. 771. James C. Davis, Agent, etc., *v.* Abraham
Weiss, Administrator, etc.   January 26, 1925.   Petition for a writ of certiorari to the Municipal Court of the
City of Boston, State of Massachusetts, granted.   *Mr.
Arthur W. Blackman* for petitioner.   *Mr. Benjamin Rabalsky* for respondent.

No. 663. Chesapeake & Ohio Railway Company *v.*
A. F. Thompson Manufacturing Company.   March 2,
1925.   Petition for a writ of certiorari to the Supreme
Court of Appeals of the State of West Virginia granted.
*Mr. C. N. Davis* and *Mr. C. W. Strickling* for petitioner.
*Mr. Henry Simms* and *Mr. Lewis A. Staker* for respondent.

Nos. 786 and 787. James C. Davis, Federal Agent,
etc., *v.* E. H. Pringle, Trustee.   March 2, 1925.   Petition for writs of certiorari to the Circuit Court of Appeals for the Fourth Circuit granted.   *Mr. A. A. Mc-
Laughlin* for petitioner.   *Mr. Nath. B. Barnwell* and *Mr.
F. H. Horlbeck* for respondent.

No. 720. Harold Taylor, Trustee under the Will
of Mary E. Erskine, Deceased, et al., *v.* Harry W.
Voss, Trustee.   March 2, 1925.   Petition for a writ of
certiorari to the Circuit Court of Appeals for the Seventh
Circuit granted.   *Mr. Harold Taylor* for petitioners.   *Mr.
Henry B. Walker* for respondent.

No. 858. Joseph P. Margolin *v.* United States.
March 2, 1925.   Petition for a writ of certiorari to the